IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Action No. 1:19-cv-3242 DLB |
| **LANIYA SPELLS,** *et al.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their counsel, hereby files this Stipulation of Dismissal, dismissing the above-captioned matter *with* prejudice.

Date: 01/07/21

Respectfully submitted,

          */s/ Amanda C. Sprehn*
Paul J. Weber (Bar No. 03570)
Amanda C. Sprehn (Bar No. 28071)
HYATT & WEBER, P.A.
200 Westgate Circle, Suite 500
Annapolis, Maryland 21401
Phone: (410) 266-0626
Facsimile: (410) 841-5065
Email: pweber@hwlaw.com
Email: asprehn@hwlaw.com

*Counsel for Plaintiff
Allstate Insurance Company*

{Weber Files/A5574/1647/00904636-}

    */s/ Brian M. Spern*
Brian M. Spern, Esquire (#27221)
THE LAW OFFICE OF BRIAN M. SPERN
3701 Old Court Road, #24
Pikesville, MD 21208
Phone: (410)580-5497(p)
Facsimile: (410)486-2581(f)
Email: Brianspern@yahoo.com

*Counsel for Defendants*
*Stanley Rochkind; Charles Runkles; Dear*
*Management & Construction Company; and S&S*
*Partnership*

    */s/ Brian S. Brown*
Brian S. Brown (Bar No. 05413)
Brown & Barron, LLC
7St. Paul Street, Suite 800
Baltimore, Maryland 21202
Email: bbrown@brownbarron.com

*Counsel for Defendant*
*Laniya T. Spells*

{Weber Files/A5574/1647/00904636-}